PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY JARRELL, | ) | |
| | ) | CASE NO. 5:25-cv-02598 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WARDEN SHELBIE SMITH, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | [Resolving ECF No. 1] |

On September 9, 2026, the assigned magistrate judge issued a Report and Recommendation denying Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2254. The magistrate judge recommended the Court deny the petition. ECF No. 10.

Fed. R. Civ. P. 72(b)(2) provides that objections to a Report and Recommendation must be filed within 14 days after service. In the instant case, objections to the Report and Recommendation were due by September 23, 2026. Neither party has timely filed objections. Any further by the Court would be duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. Timothy Jarrell's Petition for a Write of Habeas Corpus is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

September 29, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge